FILED
JAN 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br><br>FRANCISCO FELIX, a.k.a., "Paco" | 2:14-MJ-0016  KJN<br>S.W. No.<br><br>[PROPOSED] ORDER RE:<br>REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: Jan 27, 2014

KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

**FILED**
JAN 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF | 2:14-MJ-0016 KJN<br>S.W. No. |
| ALEJANDRO MARTINEZ,<br>a.k.a. "Gallo,"<br>a.k.a. "Pelon" | [PROPOSED] ORDER RE:<br>REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: Jan 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

**FILED**

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF | 2:14-MJ-0016 KJN<br>S.W. No. |
| AUGUSTIN RAMIREZ | [PROPOSED] ORDER RE:<br>REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California



**FILED**

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF | 2:14-MJ-0016 KJN |
| MIGUEL FELIX, a.k.a. "Mili" | S.W. No. <br><br> [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: Jan 27, 2014

KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

**FILED**

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF ) <br> ) <br> SERGIO MONDESTO ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 2:14-MJ-0016  KJN <br> S.W. No. <br> <br> [~~PROPOSED~~] ORDER RE: <br> REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

FILED

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14-MJ-0016   KJN

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF ) | S.W. No. |
| ) | |
| ANTONIO RAMIREZ, a.k.a. "Tonio" ) | [~~PROPOSED~~] ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California



# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF ) | 2:14 - MJ - 0016    KJN |
| ) | S.W. No. |
| GERARDO BARRAZA ) | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

FILED

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14 - MJ - 0 0 1 6   KJN

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF ) | S.W. No. |
| ) | |
| MARTIN LOPEZ ) | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California