**FILED**

AUG 0 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-CR-00040-WBS |
| Plaintiff, | ) **PROTECTIVE ORDER** |
| v. | ) |
| FRANCISCO FELIX, | ) |
| Defendants. | ) |

#### ORDER

On August 3, 2017, after the jury was excused for lunch, the Court received an oral stipulation related to the dissemination of documents in the on-going trial of Francisco Felix. This stipulation covered two sets of documents: (1) about forty-five pages of potential impeachment information regarding Cooperating Witness #2, and (2) about ten pages of potential impeachment information regarding Cooperating Witness #3. Based on the stipulation, the Court **HEREBY ENTERS THIS PROTECTIVE ORDER:**

1. The United States shall provide print copies of both sets of documents to defense counsel.

2. Defense counsel shall not show or disseminate the information contained in the two sets of documents outside of the immediate defense team. Defense counsel shall not photograph, copy, or in any way record the information contained within the two sets of documents, except that defense counsel may e-mail a complete and legible scan or photograph of these two sets of documents to his legal team in Los Angeles, so long as defense counsel certifies that any such scan and print-out of such scan shall not be sent to anyone outside of the immediate defense team and shall be destroyed at the end of the cross-examination of the witnesses. Defense counsel shall immediately return the original copies of the two sets of documents to the United States after defense counsel has finished the cross-examination of the witnesses.

3. This Order shall be publicly filed on the Court's docketing system.

IT IS SO ORDERED.

8/3/2017

Hon. WILLIAM B. SHUBB
United States District Judge