UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

ALEJANDRO MARTINEZ,

                    Defendant.

No. 2:14-cr-00040-02 WBS

ORDER

----oo0oo----

        The court has received a letter from defendant
Alejandro Martinez in which he requests information as to whether
he "was sentenced under the amendment 782" and if not, he
requests a reduction of his sentence under that amendment.
(Docket No. 442.)

        Amendment 782, promulgated and made retroactive by the
Sentencing Commission in 2014, lowered the sentencing range of
many crimes listed in the Guidelines' drug quantity table,
U.S.S.G. § 2D1.1, by two offense levels.  See United States v.
Castro, No. 1:11-CR-00187-(2) LJO, 2016 WL 950793, at *1-2 (E.D.

1

1  Cal. Mar. 14, 2016).

2           The court notes that defendant was sentenced on

3  November 14, 2016 (Docket Nos. 226, 228), and under § 1B1.11 of

4  the Sentencing Guidelines, the court is generally required to use

5  the guidelines in effect on the date of sentencing.  Because

6  defendant was sentenced after Amendment 782 took effect, the

7  Sentencing Guidelines at the time of his sentence would have

8  already incorporated Amendment 782's lowered sentencing ranges.

9  Accordingly, no reduction in his sentence is available under

10 Amendment 782.[1]

11          IT IS SO ORDERED.

12 Dated:  December 4, 2020

13                              WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27        [1]    The court assumes for the purposes of this order that
   Amendment 782 lowered the Guidelines range for the type of
28 offense for which defendant was convicted.

                               2